IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NO. 3-16-CR-130-N-7 |
| MARIA GALLEGOS SALAS<br>A.K.A. MARIA GALLEGOS SANCHEZ | |

## FACTUAL RESUME

ELEMENTS:
Superseding Information Count One
Conspiracy to Possess with Intent to Distribute and to Distribute
a Schedule II Controlled Substance
(21 U.S.C. §§ 841(a)(1), 841 (b)(1)(B)(viii), 846)

**First:** That two or more persons, directly or indirectly, reached an agreement to possess with intent to distribute and to distribute a controlled substance;

**Second:** That the defendant knew of the unlawful purpose of the agreement

**Third:** That the defendant joined in the agreement willfully, that is with the intent to further its unlawful purpose; and;

**Fourth:** That the overall scope of the conspiracy involved at least 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine

**Fifth:** That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine

MARIA GALLEGOS SALAS Factual Resume - Page 1 |
Contents of this page agreed to by MARIA GALLEGOS SALAS:_____(initial)

STIPULATED FACTS:

The Defendant, MARIA GALLEGOS SALAS A.K.A. MARIA GALLEGOS SANCHEZ, hereafter referred to as the defendant or MARIA GALLEGOS SALAS, the defendant's attorney, ROSE ROMERO, and the United States of America agree that the following facts are true and correct and MARIA GALLEGOS SALAS admits that:

She (MARIA GALLEGOS SALAS) conspired with DOMINGO ARREOLA AVALOS, MATIAS MEDINA ALCALA, and others to prepare and distribute methamphetamine.

MARIA GALLEGOS SALAS now admits that on or about December 4, 2015, Domingo Arreola Avalos was intercepted over a Title III wire intercept directing Matias Medina Alcala to prepare a kilogram of methamphetamine for her. MARIA GALLEGOS SALAS also admits she paid $10,000 for this kilogram of methamphetamine that came from DOMINGO ARREOLA AVALOS. MARIA GALLEGOS SALAS admits she purchased methamphetamine from DOMINGO ARREOLA AVALAOS and that a person she knows as MATIAS MEDINA-ALACALA delivered the methamphetamine to her on at least one occasion. Intercepted phone calls reveal that DOMINGO ARREOLA AVALOS told MATIAS MEDINA ALCALA that he (DOMINGO ARREOLA AVALOS) provided one kilogram of methamphetamine to MARIA GALLEGOS SALAS on a weekly basis. MARIA GALLEGOS SALAS further admits the methamphetamine she purchased was for distribution and that this offense occurred in the Northern District of Texas. MARIA GALLEGOS SALAS acknowledges she was referred to as "Guichita" and that she is also known as MARIA GALLEGOS SANCHEZ.

MARIA GALLEGOS SALAS now admits that beginning on or about January 1, 2015, and continuing through March 18, 2016, she did, in the Dallas Division of the Northern District of Texas, and elsewhere, knowingly, intentionally, and unlawfully, conspire with, DOMINGO ARREOLA AVALOS, MATIAS MEDINA ALCALA and others, both known and unknown, to possess with intent to distribute and to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

MARIA GALLEGOS SALAS further admits and understands that this factual resume is not intended to be a complete accounting of all the events that occurred. Rather this statement is limited to showing that a factual basis exists to support MARIA GALLEGOS SALAS'S plea of guilty.

AGREED TO AND SIGNED this 21st day of March, 2017.

JOHN R. PARKER
UNITED STATES ATTORNEY

George Leal
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce St., Suite 300
Dallas, Texas 75242

Rick Calvert
Deputy Criminal Chief
Texas State Bar No. 03669700

MARIA GALLEGOS
MARIA GALLEGOS SALAS
a.k.a. MARIA GALLEGOS SANCHEZ
Defendant

March 14, 2017
Date

ROSE ROMERO
Attorney for Defendant
TX State Bar No. 17224700

March 21, 2017
Date

**MARIA GALLEGOS SALAS Factual Resume - Page 3 |**
**Contents of this page agreed to by MARIA GALLEGOS SALAS:_____(initial)**